IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXECWARE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-384 (LPS/SRF) |
| | ) |
| WAL-MART STORES INC. and WAL-MART.COM USA LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims brought by plaintiff Execware, LLC against defendants Wal-Mart Stores, Inc. and Wal-Mart.com USA LLC in the above-captioned action are hereby dismissed WITH PREJUDICE by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | FOX ROTHSCHILD LLP |
| | |
| */s/ Richard D. Kirk* | */s/ Gregory B. Williams* |
| Richard D. Kirk (#922) | Gregory B. Williams (#4195) |
| Stephen B. Brauerman (#4952) | 919 N. Market Street, Suite 1300 |
| Vanessa R. Tiradentes (#53980) | P.O. Box 2323 |
| 222 Delaware Avenue | Wilmington, DE 19899-2323 |
| Suite 900 | (302) 622-4211 |
| Wilmington, DE 19801 | gwilliams@foxrothschild.com |
| (302) 655-5000 | *Attorneys for Defendants Wal-Mart Stores Inc.* |
| rkirk@bayardlaw.com | *and Wal-Mart.com USA LLC* |
| sbrauerman@bayardlaw.com | |
| *Attorneys for Plaintiff Execware, LLC* | |

| | |
|---|---|
| OF COUNSEL<br><br>Marc A. Fenster<br>Fredricka Ung<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>(310) 826-7474 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Julia Heaney*<br>Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com<br>    *Attorneys for Defendant Costco Wholesale Corporation*<br><br>OF COUNSEL:<br><br>Christopher P. Broderick<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017-5855<br>(213) 629-2020<br><br>Karen G. Johnson-McKewan<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>(415) 773-5700<br><br>Christina Von der Ahe<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2050 Main Street<br>Suite 1100<br>Irvine, CA 92614-8255<br>(949) 567-6700 |

May 13, 2013
7198206

    SO ORDERED this _____ day of May, 2013.

_____
                                  U.S.D.J.